No. 55696.—H. R. Benedict & Sons, Inc., et al. *v.* United States, protests 137660–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55697.—Geo. F. Bassett & Co., Inc., et al. *v.* United States, protests 138815–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55698.—Artisan Products Import, Ltd., et al. *v.* United States, protests 148151–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55699.—Aziz Importing Co. et al. *v.* United States, protests 153579–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55700.—Anco Import Corp. et al. *v.* United States, protests 156953–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55701.—The Fan Company et al. *v.* United States, protests 169314–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55702.—Kopf Mfg. Co., Inc. *v.* United States, protest 167543–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of parts of saddles, which saddles are in part of pigskin and valued at more than $40 each, similar in all material respects to those the subject of Abstract 54419, the claim of the plaintiff was sustained.